UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAMON JONES, *on behalf of himself and all others similarly situated*,<br><br>       Plaintiff,<br><br>    v.<br><br>THE DELPHI GLASS CORPORATION,<br><br>       Defendant. | No. 23-CV-2404 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

On March 24, 2023, the Court ordered the parties to meet and confer regarding settlement within 30 days of service of the summons and complaint, and within 45 days, to submit a joint letter requesting either (1) referral to mediation or a magistrate judge, or (2) an initial status conference. The summons and complaint were served on April 6, 2023. Defendant filed an answer on May 25, 2023. No further activity has taken place on the docket.

No later than June 23, 2023, the parties shall file their joint letter as directed in the Court's Order dated March 24, 2023. Failure to do so may result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:  June 13, 2023
      New York, New York

                                 _____
                                 Ronnie Abrams
                                 United States District Judge